# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH HENRY, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>1-800 CONTACTS, INC., VISION DIRECT, INC. and DOES 1-15,<br><br>      Defendants. | Civil Action No. 1:17-cv-00117--ABJ |
| DANIEL J. BARTOLUCCI and EDWARD UNGVARSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs<br><br> vs.<br><br>1-800 CONTACTS, INC.<br><br>      Defendants. | Civil Action No. 1:17-cv-00097-ABJ |

## JOINT MOTION FOR TEMPORARY STAY OF ALL PROCEEDINGS PENDING RULING ON MOTION FOR TRANSFER AND COORDINATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

  Plaintiffs, by and through their undersigned counsel, hereby jointly move this Court for a stay of all proceedings in the above-captioned actions, including all pretrial motion practice, pending a decision regarding transfer and coordination by thy Judicial Panel on Multidistrict Litigation.

This Motion is based upon the Memorandum of Law filed contemporaneously herewith, and upon all the files, records, and proceedings in these matters.

Pursuant to the Local Rules, Plaintiffs' counsel conferred with counsel for Defendants concerning the subject of this Motion and it was confirmed that:

1. Defendant 1-800-Contacts opposes any stay of the action that would preclude consideration of its motion to transfer pending a decision regarding transfer and coordination by thy Judicial Panel on Multidistrict Litigation.; and

2. Vision Direct takes no position as to whether such a stay should also apply to 1-800-Contacts' pending motion but has requested a stay of the time to respond to the complaint pending a decision regarding transfer and coordination by thy Judicial Panel on Multidistrict Litigation.

DATED: February 1, 2017    CUNEO GILBERT & LADUCA, LLP

_/s/_____
Jonathan W. Cuneo, D.C. Bar No. 939389
Charles J. LaDuca, D.C. Bar No. 476134
Matthew E. Miller, D.C. Bar No. 442857
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Telephone:   (202) 789-3960
Facsimile:    (202) 789-1813

Robert K. Shelquist
Rebecca A. Peterson
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612)-339-6900

**Attorneys for Plaintiff Elizabeth Henry**

*/s/ Scott E. Gant*
William A. Isaacson (D.C. Bar No. 414788)
Scott E. Gant (D.C. Bar No. 455392)
Boies, Schiller & Flexner LLP
1401 New York Ave., NW
Washington, DC 20005
Tel. (202) 237-2727
Fax (202) 237-6131

Carl E. Goldfarb (Fl. Bar No. 0125891)
Boies, Schiller & Flexner LLP
401 East Los Olas Blvd, Suite 1200
Fort Lauderdale, Florida 33301
Tel. (954) 356-0011
Fax (954) 356-0022

**Attorneys for Plaintiffs Daniel Bartolucci and Edward Ungvarsky**