Robert S. Clark (Bar No. 4015)
Sara M. Nielson (Bar No. 13824)
rclark@parrbrown.com
snielson@parrbrown.com
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Tel:    (801) 532-7840
Fax:    (801) 532-7750

Ashley D. Kaplan (293443) (pro hac vice pending)
**MUNGER TOLLES & OLSON**
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Ashley.Kaplan@mto.com

Rohit K. Singla (213057) (pro hac vice pending)
Justin P. Raphael (292380) (pro hac vice pending)
**MUNGER TOLLES & OLSON**
560 Mission St., 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000
Rohit.Singla@mto.com
Justin.Raphael@mto.com

*Attorneys for Defendant 1-800 Contacts, Inc*.

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

---

| | |
|---|---|
| DANIEL J. BARTOLUCCI and EDWARD UNGVARSKY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>1-800 CONTACTS, INC.,<br><br>Defendant. | **NOTICE OF RELATED CASES AND OF FORTHCOMING MOTION TO CONSOLIDATE**<br><br>Case No: 2:17-cv-00273-JNP<br>Judge: Jill N. Parrsh |

Defendant 1-800 Contacts, Inc. ("1-800 Contacts"), by and through its undersigned counsel

of record, hereby notifies the Court of the following related cases currently pending in this Court.

*Thompson v. 1-800 Contacts, Inc.*, case no 2:16-cv-01183-TC ("*Thompson*")
*Henry v. 1-800 Contacts, Inc.*, case no 2:17-cv-00274-BCW ("*Henry*")

Additionally, 1-800 Contacts expects that three other related cases will be transferred to this Court in the coming days.  These cases ("Related Cases") are:

> *Nance v. 1-800 Contacts, Inc.*, 4:17-cv-00178-JM (E.D. Ark.)
> *Bean v. 1-800 Contacts, Inc.*, No. 2:16-cv-05726-AB (E.D. Pa.)
> *Zimmerman v. 1-800 Contacts, Inc.*, 2:16-cv-06417-AB (E.D. Pa.)

*Thompson*, *Henry,* the Related Cases*,* and the instant matter involve common parties and common questions of law and fact, including allegations that 1-800 Contacts violated federal antitrust laws by entering into settlements of trademark litigation in this District.  Based on the commonality that exists among these cases, 1-800 Contacts anticipates filing a motion to consolidate this case, *Henry*, and the Related Cases with *Thompson* once all the Related Cases are transferred to this Court, so that all of these related matters can be heard by Judge Campbell in *Thompson*.  Indeed, Judge Campbell has already consolidated another related case (*Stillings v. 1-800 Contacts, Inc.*, case no 2:16-cv-1257-TS) with *Thompson*.

SUBMITTED this 10th day of April, 2017

> PARR BROWN GEE & LOVELESS
>
> By:  /s/ *Sara M. Nielson*
> Robert S. Clark
> Sara M. Nielson
> *Attorneys for Defendant 1-800 Contacts, Inc.*

2

## CERTIFICATE OF SERVICE

On this 10th day of April, 2017, I hereby certify that I electronically caused to have filed

the foregoing with the Clerk of Court using the CM/ECF system that will send an electronic

notification to counsel of record for all of the parties.

**PARR BROWN GEE & LOVELESS**

*/s/* Sara M. Nielson

Robert S. Clark (Bar No. 4015)
Sara M. Nielson (Bar No. 13824)
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone:   801-532-7840
Facsimile:    801-532-7750
rclark@parrbrown.com
snielson@parrbrown.com

**Attorneys for Defendant 1-800 Contacts, Inc.**